UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 14-09765
Joan E Anzalone )
)  Chapter: 7
)
) Honorable Timothy Barnes
)
)
Debtor(s) )

**ORDER ALLOWING WITHDRAWAL OF DEBTOR'S COUNSEL**

THIS CAUSE COMING ON TO BE HEARD on the motion of the law offices of Cutler & Associates, to withdraw as Debtor(s)'s counsel; the Court being advised in the premises; due notice having been given;

IT IS HEREBY ORDERED:

That the law offices of Cutler & Associates' appearance as Debtor(s)'s counsel is hereby withdrawn.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: June 15, 2016

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600